## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joseph Herman, being first duly sworn, do depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2021, assigned to the Nashville Division – Memphis Resident Agency. My duties include, but are not limited to, conducting investigations involving crimes of violence, Wire Fraud, Identity Theft and other financial crimes. I am currently assigned to the Memphis Safe Task Force (MSTF), a multiagency coalition between federal, state, and local partners created to combat violent crime in Memphis, Tennessee (TN). In connection with my official duties, I am charged with investigating violations of federal criminal laws. I have received training in the identification and enforcement of laws of the United States. I have also received training in criminal investigations, to include evidence handling, working with confidential informants, physical surveillance, investigating a wide variety of frauds, forfeiture, search and seizure warrants, and arrest procedures. I have investigated and assisted with investigations involving searches of computer systems and seizures of computers and other electronic storage devices.

2. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

3. Based on my training and experience and the facts set forth in this Affidavit there is probable cause to believe that **Khauleel Harrison ("HARRISON")** has violated Title 18, United States Code, Section 111(a)(1) and United States Code, Section 111(b) which makes it unlawful for anyone to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated as an officer or employee of the United States or of any agency in any branch of the United States Government while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties and whoever, in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury.

4. The facts contained in this affidavit are based on firsthand knowledge or information learned during this investigation from other law enforcement sources or witnesses related to this investigation. The complaint does not provide each and every detail known by your affiant regarding this investigation, but rather provides information necessary to establish probable cause that **HARRISON** violated Title 18, United States Code, Section 111(a)(1) and 111(b). Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

### Incident

5. On November 7, 2025, at approximately 8:43pm Tennessee Highway Patrol ("THP") Trooper Seth Candau ("Trooper Candau") and passenger Homeland Security Investigations (HSI) Special Agent Tabatha Hanson ("Agent Hanson") were informed by THP Dispatch that there was a current pursuit of a black Infiniti involved in drag racing on I-40E mile marker 13. Trooper Candau, who was located on Sam Cooper Boulevard at the time of the call, initiated lights and sirens in his marked THP vehicle and approached I-40E. Upon entrance onto I-40E, Trooper

Candau encountered the black Infiniti. Trooper Candau witnessed the black Infiniti increase in speed and weave through traffic in an attempt to evade law enforcement. The black Infiniti then exited the highway at exit 12 with Trooper Candau and another trooper vehicle in pursuit. During the pursuit, the black Infiniti reached speeds of 90-100 mph in posted 45 mph zones on residential roads and conducted several illegal U-turns in attempts to evade the troopers.

6. The black Infiniti continued onto Sycamore View Road, a heavily trafficked multi-lane road, and continued to weave through traffic at a high rate of speed. Due to the risk of serious bodily injury and damages caused by the aggressive driver of the black Infiniti, Sargeant Bradley Smith ("Sargeant Smith") began a Tactical Vehicle Intervention ("TVI") in an attempt to end the pursuit. The black Infiniti regained positive control of the vehicle and again drove forward, in which Trooper Candau then attempted two TVI's to prevent the black Infiniti from continuing.

7. The black Infiniti again regained positive control and Sargeant Smith attempted another TVI on the vehicle. The black Infiniti regained control, turned towards Trooper Candau's vehicle, accelerated and struck the Trooper Candau's patrol vehicle head on.

8. The black Infiniti was stopped after striking Trooper Candau's vehicle. Troopers approached the vehicle on foot and encountered a black male driver, later identified as **HARRISON**. **HARRISON** was removed from the vehicle and placed into law enforcement custody.

### Law Enforcement Officer's Uniforms and Vehicles

9. During this incident, all law enforcement officer's clothing identified them as Law Enforcement. More specifically, the Tennessee Highway Patrol vehicles involved were identified with police markings, and lights and sirens were utilized by all vehicles involved in the pursuit. The THP officers and HSI agents involved in the arrest were wearing equipment and/or clothing that clearly identified them as Law Enforcement.



Photo of a Trooper Involved in Arrest



Photo of a Agent Involved in Arrest



Photo of a THP vehicle involved in the pursuit

**Injuries Sustained and Damage to Vehicle**

10. Trooper Candau's vehicle sustained damage to front bumper and grill as a result of HARRISON accelerating into the vehicle. Agent Hanson sustained injury to her right pointer finger as well as both left and right knees.

6



Photos of Suspect Vehicle Damage

### Tennessee Highway Patrol Troopers status as deputized Federal Officers

11. THP Trooper Candau was deputized by the United States Marshals Service on or about September 30, 2025, in order to serve on the Memphis Safe Task Force.

### Western District of Tennessee Jurisdiction

12. The aforementioned incident occurred at the intersection of Sycamore View Road and Summer Avenue, Memphis, Tennessee ("LOCATION"). This LOCATION is in the Western District of Tennessee.

### Conclusion

13. Based on my investigations, I believe there is probable cause to believe that HARRISON committed the criminal violations as set forth in this criminal complaint and respectfully request that the Court issue an arrest warrant

Respectfully submitted,

Joseph Herman
Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.
Sworn to and subscribed before me by telephone this the 8th day of November 2025, in Memphis, TN.

/s/ Charmiane G. Claxton
12:34 PM, Nov 8, 2025

HONORABLE CHARMIANE CLAXTON
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSEE