# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CR. No. 2:25-20363-SHL |
| **KHAULEEL HARRISON,** | ) ) ) | |
| Defendant. | ) | |

## ORDER TO DISMISS COMPLAINT

Before the Court is the Government's December 5, 2025, motion to dismiss the complaint without prejudice. For good cause shown, the motion is GRANTED and the complaint in this matter is dismissed without prejudice.

**IT SO ORDERED**, this 8th day of December, 2025.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

1